COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>PRUDENTIAL FINANCIAL, INC., ARTHUR F. RYAN, RICHARD J. CARBONE, PETER B. SAYRE, DENNIS G. SULLIVAN, FREDERIC K. BECKER, GORDON M. BETHUNE, GASTON CAPERTON, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY III, | Case No. 2:09-cv-01120-JLL-CCC<br><br>CLASS ACTION<br><br>NOTICE OF MOTION OF KAREN M. BAUER AND ANTHONY SALVATORE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

| | |
|---|---|
| JON F. HANSON, CONSTANCE J. HORNER, KARL J. KRAPEK, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS, LLC, BANC OF AMERICA SECURITIES LLC, RBC CAPITAL MARKETS CORPORATION, J.P. MORGAN SECURITIES INC. and PRICEWATERHOUSECOOPERS LLP,<br><br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| WARREN PINCHUK, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>PRUDENTIAL FINANCIAL, INC., FREDERIC K. BECKER, GORDON M. BETHUNE, GASTON CAPERTON, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY III, JON F. HANSON, CONSTANCE J. HORNER, KARL J. KRAPEK, ARTHUR F. RYAN, PETER B. SAYRE, DENNIS G. SULLIVAN, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 2:09-cv-01758-JLL-CCC |

| | |
|---|---|
| STANLEY & CO. INCORPORATED, )<br>UBS SECURITIES LLC, WACHOVIA )<br>CAPITAL MARKETS, LLC, BANC )<br>OF AMERICA SECURITIES LLC, )<br>RBC CAPITAL MARKETS )<br>CORPORATION, J.P. MORGAN )<br>SECURITIES INC. and )<br>PRICEWATERHOUSECOOPERS )<br>LLP, )<br>)<br>           Defendants.   )<br>                                               ) | |
| NOAH HADDOCK, Individually and )<br>on Behalf of All Others Similarly )<br>Situated, )<br>)<br>           Plaintiff,   )<br>)<br>   vs.   )<br>)<br>PRUDENTIAL FINANCIAL, INC., )<br>ARTHUR F. RYAN, RICHARD J. )<br>CARBONE, PETER B. SAYRE, )<br>DENNIS G. SULLIVAN, FREDERIC )<br>K. BECKER, GORDON M. )<br>BETHUNE, W. GASTON )<br>CAPERTON, III, GILBERT F. )<br>CASELLAS, JAMES G. CULLEN, )<br>WILLIAM H. GRAY, III, JON F. )<br>HANSON, CONSTANCE J. HORNER, )<br>KARL L. KRAPEK, JAMES A. )<br>UNRUH, CITIGROUP GLOBAL )<br>MARKETS INC., MERRILL LYNCH, )<br>PIERCE, FENNER & SMITH )<br>INCORPORATED, MORGAN )<br>STANLEY & CO. INCORPORATED, )<br>UBS SECURITIES LLC, WACHOVIA )<br>CAPITAL MARKETS, LLC, BANC )<br>OF AMERICA SECURITIES LLC, )<br>RBC CAPITAL MARKETS )| Case No. 2:09-cv-01771-JLL-CCC |

-3-

|  |  |
|---|---|
| CORPORATION, J.P. MORGAN SECURITIES INC. and PRICEWATERHOUSECOOPERS, LLP,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that Karen M. Bauer and Anthony Salvatore, by their counsel, will move this Court, on June 15, 2009 or on such other date and time as may be designated by the Court, for an Order in the form submitted herewith: (i) consolidating the related actions pending in this District; (ii) appointing Karen M. Bauer and Anthony Salvatore as Lead Plaintiffs; (iii) approving Karen M. Bauer's and Anthony Salvatore's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel and the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP to serve as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.  In support of this Motion, Karen M. Bauer and Anthony Salvatore submit herewith a Memorandum of Law and Declaration of Peter S. Pearlman, dated May 11, 2009.

DATED: May 11, 2009                                COHN LIFLAND PEARLMAN
                                                                      HERRMANN & KNOPF LLP
                                                                  PETER S. PEARLMAN


                                                                       *s/ Peter S. Pearlman*
                                                                      PETER S. PEARLMAN

-4-

-5-

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
dwilens@csgrr.com
stirabassi@csgrr.com

[Proposed] Lead Counsel for Plaintiff