COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)

[Proposed] Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN M. BAUER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PRUDENTIAL FINANCIAL, INC., ARTHUR F. RYAN, RICHARD J. CARBONE, PETER B. SAYRE, DENNIS G. SULLIVAN, FREDERIC K. BECKER, GORDON M. BETHUNE, GASTON CAPERTON, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY III, | Case No. 2:09-cv-01120-JLL-CCC<br><br>CLASS ACTION<br><br>DECLARATION OF PETER S. PEARLMAN IN SUPPORT OF THE MOTION OF KAREN M. BAUER AND ANTHONY SALVATORE FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL |

| | |
|---|---|
| JON F. HANSON, CONSTANCE J. HORNER, KARL J. KRAPEK, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN STANLEY & CO. INCORPORATED, UBS SECURITIES LLC, WACHOVIA CAPITAL MARKETS, LLC, BANC OF AMERICA SECURITIES LLC, RBC CAPITAL MARKETS CORPORATION, J.P. MORGAN SECURITIES INC. and PRICEWATERHOUSECOOPERS LLP,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| WARREN PINCHUK, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>PRUDENTIAL FINANCIAL, INC., FREDERIC K. BECKER, GORDON M. BETHUNE, GASTON CAPERTON, GILBERT F. CASELLAS, JAMES G. CULLEN, WILLIAM H. GRAY III, JON F. HANSON, CONSTANCE J. HORNER, KARL J. KRAPEK, ARTHUR F. RYAN, PETER B. SAYRE, DENNIS G. SULLIVAN, JAMES A. UNRUH, CITIGROUP GLOBAL MARKETS INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, MORGAN | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:09-cv-01758-JLL-CCC |

| | |
|---|---|
| STANLEY & CO. INCORPORATED, ) <br> UBS SECURITIES LLC, WACHOVIA ) <br> CAPITAL MARKETS, LLC, BANC ) <br> OF AMERICA SECURITIES LLC, ) <br> RBC CAPITAL MARKETS ) <br> CORPORATION, J.P. MORGAN ) <br> SECURITIES INC. and ) <br> PRICEWATERHOUSECOOPERS ) <br> LLP, ) <br> ) <br>               Defendants. ) <br> ) | |
| NOAH HADDOCK, Individually and ) <br> on Behalf of All Others Similarly ) <br> Situated, ) <br> ) <br>               Plaintiff, ) <br> ) <br>    vs. ) <br> ) <br> PRUDENTIAL FINANCIAL, INC., ) <br> ARTHUR F. RYAN, RICHARD J. ) <br> CARBONE, PETER B. SAYRE, ) <br> DENNIS G. SULLIVAN, FREDERIC ) <br> K. BECKER, GORDON M. ) <br> BETHUNE, W. GASTON ) <br> CAPERTON, III, GILBERT F. ) <br> CASELLAS, JAMES G. CULLEN, ) <br> WILLIAM H. GRAY, III, JON F. ) <br> HANSON, CONSTANCE J. HORNER, ) <br> KARL L. KRAPEK, JAMES A. ) <br> UNRUH, CITIGROUP GLOBAL ) <br> MARKETS INC., MERRILL LYNCH, ) <br> PIERCE, FENNER & SMITH ) <br> INCORPORATED, MORGAN ) <br> STANLEY & CO. INCORPORATED, ) <br> UBS SECURITIES LLC, WACHOVIA ) <br> CAPITAL MARKETS, LLC, BANC ) <br> OF AMERICA SECURITIES LLC, ) <br> RBC CAPITAL MARKETS ) | Case No. 2:09-cv-01771-JLL-CCC |

-3-

| | |
|---|---|
| CORPORATION, J.P. MORGAN SECURITIES INC. and PRICEWATERHOUSECOOPERS, LLP,        Defendants. | ) ) ) ) ) ) ) ) |

1.  I am a member of the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP ("Cohn Lifland"), proposed liaison counsel in this action. I submit this Declaration in support of the motion of Karen M. Bauer and Anthony Salvatore for consolidation of related actions, appointment as Lead Plaintiffs and approval of selection of Lead Counsel and Liaison Counsel.

2.  Attached hereto as Exhibit A is a true and accurate copy of the notice published by the named plaintiff in this action on *Business Wire*, a national, business-oriented newswire service, on March 12, 2009.

3.  Attached hereto as Exhibit B is a true and accurate copy of a loss chart presenting the transactions in the subject securities and summarizing the estimated losses of Karen M. Bauer and Anthony Salvatore at $13,876, in connection with their purchases of depository shares of Prudential Financial, Inc. 9% Junior Subordinated Notes.

4.  Attached hereto as Exhibit C are true and accurate copies of the Certifications of Karen M. Bauer and Anthony Salvatore.

-5-

5. Attached hereto as Exhibit D is a true and accurate copy of the firm resume of Coughlin Stoia Geller Rudman & Robbins LLP, proposed Lead Counsel for Karen M. Bauer and Anthony Salvatore.

6. Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Cohn Lifland, proposed Liaison Counsel for Karen M. Bauer and Anthony Salvatore.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May, 2009

*s/ Peter S. Pearlman*
PETER S. PEARLMAN