# EXHIBIT A



Print  Back to story

**Press Release**                                        Source: Coughlin Stoia Geller Rudman & Robbins LLP    

## Coughlin Stoia Geller Rudman & Robbins LLP Files Class Action Suit Against Prudential Financial, Inc.

Thursday March 12, 2009, 2:38 pm EDT

SAN DIEGO--(BUSINESS WIRE)--Coughlin Stoia Geller Rudman & Robbins LLP ("Coughlin Stoia") (http://www.csgrr.com/cases/prudentialfinancial/) today announced that a class action has been commenced in the United States District Court for the District of New Jersey on behalf of all persons who acquired depositary shares of Prudential Financial, Inc. ("Prudential") 9% Junior Subordinated Notes (the "Securities") (NYSE:PHR - News) pursuant and/or traceable to a false and misleading registration statement and prospectus (collectively, the "Registration Statement") issued in connection with Prudential's June 2008 initial public offering of the Securities (the "Offering").

If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Coughlin Stoia at 800/449-4900 or 619/231-1058, or via e-mail at djr@csgrr.com. If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.csgrr.com/cases/prudentialfinancial/. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

The complaint charges Prudential, certain of its officers and directors, the underwriters of the Offering and Prudential's auditor with violations of the Securities Act of 1933. Prudential is a financial services company that offers a variety of products, including life insurance, annuities, retirement-related services, mutual funds, investment management and real estate services.

The complaint alleges that defendants consummated the Offering pursuant to the false and misleading Registration Statement, selling 36.8 million shares of the Securities at $25 per share, for proceeds of over $920 million. The Registration Statement incorporated Prudential's financial results for 2007 and the first quarter of 2008. Prudential ultimately announced huge writedowns associated with its exposure to subprime mortgages and the goodwill on the Company's books associated with certain of its subsidiaries, causing the price of the Securities to decline.

According to the complaint, the true facts which were omitted from the Registration Statement were: (a) the Company's asset-backed securities collateralized with subprime mortgages were impaired to a greater extent than the Company had disclosed; (b) the Company's goodwill associated with certain of its subsidiaries was impaired to a greater extent than the Company had disclosed; (c) defendants failed to properly record losses for impaired assets; and (d) the Company's internal controls were inadequate to prevent the Company from improperly reporting its impaired assets.

Plaintiff seeks to recover damages on behalf of all persons who acquired the Securities pursuant and/or traceable to the Registration Statement issued in connection with the Company's June 2008 Offering (the "Class"). The plaintiff is represented by Coughlin Stoia, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Coughlin Stoia, a 190-lawyer firm with offices in San Diego, San Francisco, Los Angeles, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Coughlin Stoia Web site (http://www.csgrr.com) has more information about the firm.

Contact:

```
Coughlin Stoia Geller Rudman & Robbins LLP
Darren Robbins, 800-449-4900 or 619-231-1058
djr@csgrr.com
```

Copyright © 2008 Business Wire. All rights reserved. All the news releases provided by Business Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials by posting, archiving in a public web site or database, or redistribution in a computer network is strictly forbidden.

Copyright © 2009 Yahoo! Inc. All rights reserved.  Privacy Policy - Terms of Service - Copyright Policy - Send Feedback

Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quote data delayed 15 minutes for Nasdaq, NYSE and Amex. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Yahoo! is not an investment adviser and does not provide, endorse or review any information or data contained herein.