Movants' Purchases and Losses

Prudential Financial Inc

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Salvatore, Anthony (pfd stock-9%) | 06/24/2008 | 400 | $25.00 | $10,000.00 | held | 800 | $13.40 | $10,720.00 | |
| Salvatore, Anthony (pfd stock-9%) | 07/02/2008 | 200 | $24.85 | $4,970.00 | | | | | |
| Salvatore, Anthony (pfd stock-9%) | 07/28/2008 | 200 | $24.93 | $4,986.00 | | | | | |
| Salvatore, Anthony (pfd stock-9%) | | 800 | | $19,956.00 | | 800 | | $10,720.00 | ($9,236.00) |
| Bauer, Karen M. (pfd stock-9%) | 06/24/2008 | 400 | $25.00 | $10,000.00 | held | 400 | $13.40 | $5,360.00 | |
| Bauer, Karen M. (pfd stock-9%) | | 400 | | $10,000.00 | | 400 | | $5,360.00 | ($4,640.00) |
| Movants' Total | | 1,200 | | $29,956.00 | | 1,200 | | $16,080.00 | ($13,876.00) |

*For shares held at the end of the class period, damages are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $13.40 as of March 12, 2009.